UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA,<br><br>     Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>     Defendants. | No. ED CV 03-1111-GW(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 11, 2008

_____
GEORGE H. WU
United States District Judge